**STATE of Missouri, Respondent,**

v.

**Richard BENEDICT, Appellant.**

**No. WD 59862.**

Missouri Court of Appeals, Western District.

Submitted March 19, 2002.

Decided June 18, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2002.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Sara L. Trower, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, Jr., and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Richard Benedict appeals his conviction of first degree murder and armed criminal action. He contends the evidence was insufficient to support the conviction of first degree murder. Having considered his contentions on appeal, we affirm by summary order. A formal opinion would lack jurisprudential value.